1  Tamela L. Kahle
   Nevada Bar No. 0558
2  John L. Ward IV
   Nevada Bar No. 12513
3  **KAHLE & ASSOCIATES**
   7660 West Sahara Avenue, Ste. 110
4  Las Vegas, Nevada 89117
   Telephone (702) 453-2200
5  Facsimile (702) 453-2201

6  Attorneys for Defendant
   The Vons Companies, Inc.
7
              and
8
9  Bryan Boyack
   Nevada Bar No. 9980
   **RICHARD HARRIS LAW FIRM**
10 801 South 4th St.
   Las Vegas, Nevada 89101
11 Telphone (702) 444-4444
   Fax (702) 444-4455
12
   Attorney for Plaintiff
13 Desiree Dipuzo

```
   ☒ FILED            ___ RECEIVED
   ___ ENTERED        ___ SERVED ON
                      COUNSEL/PARTIES OF RECORD

           FEB 1 2 2013

        CLERK US DISTRICT COURT
         DISTRICT OF NEVADA
   BY:_____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| 18  DESIREE DIPUZO, | CASE NO.: 2:12-cv-01498-LRH-CWH |
| 19              Plaintiff, | **JOINT MOTION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE** |
| 20  vs. | (First Request) |
| 21  THE VONS COMPANIES, INC.; DOES I through X; and ROE CORPORATIONS XI | |
| 22  through XX, inclusive, | |
| 23             Defendants. | |

24  **JOINT MOTION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE**

25      Plaintiff Desiree Dipuzo, by and through her counsel, Bryan A. Boyack, Esq. of The

26  Richard Harris Law Firm and Defendant The Vons Companies, Inc., by and through its counsel,

27  Tamela L. Kahle, Esq. of Kahle & Associates hereby submit their *Joint Motion to Continue Early*

28  *Neutral Evaluation Conference* for the cause shown herein and pursuant to LR 16-6(d).

## I. CAUSE FOR CONTINUANCE OF ENE CONFERENCE

Certain documents Plaintiff requested required a Protective Order before being produced. Now that the Protective Order has been filed, Defendant is gathering the documents. Plaintiff believes these documents are pertinent in litigating her claim. Moreover, Plaintiff intends to take a deposition of the Person Most Knowledgeable for Vons. Lastly, Plaintiff intends to take the deposition of Plaintiff's treating physician, Gary LaTourette, M.D. Taking his deposition has been difficult due to scheduling conflicts.

On January 31, 2013, Honorable Magistrate Judge Carl W. Hoffman granted the Parties' *Stipulation to Extend Discovery Deadline* for the cause listed *supra*. Pursuant to LR 16-6(d), the Parties now jointly move for the continuation of the Early Neutral Evaluation Conference currently scheduled for February 19, 2013, until after the required depositions of the Person Most Knowledgeable for Vons, and Plaintiff's treating physician, Gary LaTourette, M.D. are taken.

1  Plaintiff is currently attempting to schedule said depositions and anticipates they will be taken by
2  mid-March 2013.
3   Submitted by the Parties:

Dated this 5th day of February, 2013.        Dated this 5th day of February, 2013

RICHARD HARRIS LAW FIRM               KAHLE & ASSOCIATES

/s/ Bryan A. Boyack                   /s/ Tamela L. Kahle
By:_____            By:_____
Bryan A. Boyack, Esq.                 Tamela L. Kahle, Esq.
Nevada Bar No. 9980                   Nevada Bar No. 0558
801 South 4th St.                     7660 W. Sahara Ave., Ste. 110
Las Vegas, Nevada 89101               Las Vegas, Nevada 89117
Attorney for Plaintiff                Attorney for Defendant
Desiree Dipuzo                        The Vons Companies, Inc.

## ORDER

IT IS SO ORDERED. The Early Neutral Evaluation Conference currently scheduled for February 19, 2013, for cause shown and pursuant to LR 16-6(d), is now continued to the 16th day of April, 2013. at 9:00 am

DATED this 12th day of February, 2013.

_____
UNITED STATES MAGISTRATE JUDGE
Hon. Robert A. McQuaid, Jr.

Early Neutral Evaluation Statements are due one week prior to the hearing.